Date signed July 07, 2015



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   **15–18590 – DER**   Chapter:   **7**

**Jeremy Shaun Miller**
Debtors(s)

## MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

Dated: 7/7/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Vicky Harper  410–962–4075

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Deborah G. Van Bergen
      Case Trustee – Lori S. Simpson
      U.S. Trustee

11x10 (03/08/2001) – *vharper*